IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SOLVENTS AND PETROLEUM SERVICE, INC. d/b/a "CLEAN ALL",

        Plaintiff,

-against-

CYBER SOLUTIONS INTEGRATION INC.,

        Defendant.

---

JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Case No.: 5:21-cv-00485-FJS-TWD

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P. 41 (a)(I)(A)(ii), by and between the undersigned attorneys of record for Plaintiff SOLVENTS AND PETROLEUM SERVICE, INC. d/b/a "CLEAN ALL" ("Plaintiff") and Defendant CYBER SOLUTIONS INTEGRATION INC. ("Defendant"), that all claims asserted by Plaintiffs against Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

Dated:    Albany, New York
            July 26, 2024

FOR PLAINTIFF:

    s/ Marc C. Kokosa
MARC C. KOKOSA, ESQ.
N.D.N.Y. Bar Roll No. 519383
The Kokosa Law Firm, P.C.
General Counsel for Plaintiff,
Solvents and Petroleum Service, Inc.
240 Washington Avenue Extension
Suite 504
Albany, New York 12203
Ph:    (518) 907-4694
Fax:   (518) 708-6795
Email: mkokosa@albanylawgroup.com

**IT IS SO ORDERED.**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: September 16, 2024

Dated:   Baltimore, Maryland
         September 12, 2024

          FOR DEFENDANT:

          SILVERMAN THOMPSON SLUTKIN & WHITE LLC

          By: */s/ Jodie E. Buchman*
          Jodie E. Buchman, Esq.
          (Admitted Pro Hac Vice)
          400 E. Pratt Street, Suite 900
          Baltimore, MD 21202
          (410) 385-2225
          jbuchman@silvermanthompson.com